IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| Plaintiff, | ) C.A. No. 16-988 (LPS) |
| v. | ) CONSOLIDATED<br>) (for discovery purposes only) |
| CIPLA LIMITED and CIPLA USA, INC., | ) |
| Defendants. | ) |
| ONYX THERAPEUTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 17-1699 (LPS) |
| AUROBINDO PHARMA USA, INC., | ) |
| Defendant. | ) |

## CONSENT JUDGMENT

Onyx Therapeutics, Inc. ("Onyx"), and Aurobindo Pharma USA, Inc. ("Aurobindo"), parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 7th day of May, 2019:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Aurobindo Product" shall mean a drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 210823 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean, with respect to a Party, any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with such Party. For purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (i) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (ii) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Except as specifically authorized pursuant to the Settlement Agreement, Aurobindo, including any of its Affiliates, successors and assigns, is enjoined from infringing United States Patent Numbers 7,417,042, 7,737,112, and 8,207,125, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Aurobindo Product.

4. Compliance with this Consent Judgment may be enforced by Onyx and Aurobindo and their successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action by either Onyx or Aurobindo are hereby dismissed with prejudice and without costs, disbursements or

attorneys' fees to any party.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY GALLAGHER LLP |
| */s/ Megan E. Dellinger* | */s/ Arthur G. Connolly, III* |
| Jack B. Blumenfeld (#1014) | Arthur G. Connolly, III (#2667) |
| Karen Jacobs (#2881) | 1201 North Market Street |
| Megan E. Dellinger (#5739) | 20th Floor |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 757-7300 |
| Wilmington, DE 19899 | aconnolly@connollygallagher.com |
| (302) 658-9200 | |
| jblumenfeld@mnat.com | *Attorneys for Defendant* |
| kjacobs@mnat.com | *Aurobindo Pharma USA, Inc.* |
| mdellinger@mnat.com | |

*Attorneys for Plaintiff*

May 3, 2019

SO ORDERED this 7th day of May, 2019.

_____
The Honorable Leonard P. Stark